UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERTO JIMENEZ-QUEZADAS,<br><br>              Petitioner,<br><br>       v.<br><br>POLLY KAISER, et al.,<br><br>              Respondents. | Case No.  25-cv-10017-RFL<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 8 |

For the reasons stated on the record at the hearing on Petitioner's Motion for a Temporary Restraining Order (Dkt. No. 8), Petitioner has sufficiently demonstrated a serious question going to the merits of his procedural due process claim.  The balance of hardships tips sharply in his favor, as well as the *Winter* factors of likelihood of irreparable injury and the public interest.  As agreed at the hearing, the Motion is converted into a preliminary injunction motion.  For the foregoing reasons, **IT IS HEREBY ORDERED** that Petitioner's request for a preliminary injunction is **GRANTED**, as modified.

Respondents are **ENJOINED AND RESTRAINED** from continuing to detain Petitioner unless they provide him with a hearing within 14 days of this Order before a neutral decisionmaker at which a determination is made that Petitioner is either a danger to the community or a flight risk such that his detention is required.  Petitioner may remain detained until that hearing, so long as the hearing is held within 14 days.  If no hearing has been held by **December 9, 2025, at 5:00 p.m.**, Petitioner shall immediately be released and may not be re-detained without such a hearing prior to his re-detention.  In addition, Respondents are **ENJOINED** from removing Petitioner from the United States, so as to preserve this Court's

1

jurisdiction during the pendency of this habeas proceeding.[1]  This Order shall remain in effect until further order of the Court.

**IT IS SO ORDERED.**

Dated: November 25, 2025, at 11:31 a.m.

_____
RITA F. LIN
United States District Judge

---

[1] *M.K. v. Joyce*, No. 25-cv-1935, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.").  Under the All Writs Act, the Court "may issue all writs necessary or appropriate in aid of [its] respective jurisdiction[] and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a).